**2003–0987.   State ex rel. Cutright v. Wilkinson.**

In Mandamus. On answer of respondent and motion for judgment on pleadings. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–1064.   State ex rel. Turner v. DeWeese.**

In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

**2003–1067.   State ex rel. Escobar v. Ohio Adult Parole Auth.**

In Mandamus. On petition for writ of habeas corpus by Augustine J. Escobar. Sua sponte, cause dismissed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

## MOTION AND PROCEDURAL RULINGS

**1998–0726.   State v. Jackson.**

Franklin C.P. No. 97CR041902. On motion to set execution date. Motion granted.

PFEIFER, J., dissents.

**2002–0148.   State ex rel. Devore Roofing & Painting v. Indus. Comm.**

Franklin App. No. 01AP–69. On request of Dennis Walden for oral argument. Motion granted.

**2002–1815 and 2002–2008.   Theobald v. Univ. of Cincinnati.**

Franklin App. Nos. 02AP–560, 02AP–593, 02AP–597 and 02AP–598. On motion for stay of proceedings including oral argument currently scheduled for September 24, 2003.

Sua sponte, cause held for the decision in 2002–1560, *Johns v. Horton,* Hamilton App. No. C–010672, 149 Ohio App.3d 252, 2002-Ohio-3802, oral argument canceled, and briefing stayed.

**2003–0033.   State v. Colbert.**

Cuyahoga App. No. 80361, 2002-Ohio-6315. On motion to dismiss the state of Ohio's appeal. Motion denied.

F.E. SWEENEY and O'CONNOR, JJ., dissent.

On motion for reconsideration of the dismissal of the cross-appeal. Motion granted and cross-appeal allowed on Proposition of Law No. I only.

MOYER, C.J., RESNICK and PFEIFER, JJ., concur but would also allow all other propositions of law.

F.E. SWEENEY and O'DONNELL, JJ., dissent and would deny.

O'CONNOR, J., dissents and would deny as moot.